Client Ref.:

## AFFIDAVIT OF SERVICE

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Docket Number: 15-cv-02369
Filed On: 08/14/2015

---

Ryan Alcorn
                                         Plaintiff

vs

Capital Advance Solutions, LLC
                                         Defendant

---

State of New Jersey:
MONMOUTH County ss:

I Paul D. Lee, being duly sworn according to law upon my oath, depose and say: Deponent is not a party to this action, has no direct personal interest in this litigation, is over eighteen years of age and resides in the State of New Jersey.

That on **08/28/2015** at **2:24 PM.**, at **1715 St Route 35, Suite 302, Middletown, NJ 07748**
Deponent served the within **Summons and Plaintiff's Original Class Action Complaint**
On **Capital Advance Solutions, LLC**

**LIMITED LIABILITY COMPANY**: By delivering thereat a true copy of each to **Charles Betta** personally, deponent knew said Limited Liability Company so served to be the Limited Liability Company described in the legal documents and knew **Charles Betta** to be **Founder** thereof.

**DESCRIPTION**: **Charles Betta** is described to the best of deponent's ability at the time and the circumstances of service as follows:
Gender: **Male** Race/Skin: **White** Hair: **Gray** Age: **40 - 49 Yrs** Height: **6'0" - 6'3"** Weight: **200 - 224 Lbs.** Other:


I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Subscribed and Sworn to before me on Sept 3, 20 15



X _____ PAUL D. LEE, Process Server

DONNA JEAN ARCIUOLO (2105512)
Notary Public of New Jersey
My Commission Expires November 30, 2017

Job # 201512605
**Hughes Ellzey, LLP**
2700 Post Oak Boulevard, Ste 1120 Houston, TX 77056
(713) 554-2377

*CALLAHAN LAWYERS SERVICE, 50 MAIN STREET, HACKENSACK 07601*