United States District Court
Southern District of Texas

**ENTERED**

April 08, 2016

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYAN ALCORN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-2369 |
| | § | |
| CAPITAL ADVANCE SOLUTIONS, LLC, | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT IN A CIVIL CASE

This action came before the Court and a decision has been duly rendered on the plaintiff's motion for final judgment after default (Dkt. No. 8).

It is **ORDERED AND ADJUDGED** that Plaintiff Ryan Alcorn (the "Plaintiff") recover from Defendant Capital Advance Solutions, LLC the sum of $30,000.00, for which sum let execution issue;

It is further **ORDERED AND ADJUDGED** that the plaintiff shall receive prejudgment interest on the amount of $30,000.00 at a rate of five percent (5%) annually from August 14, 2015 through and including the date of this judgment.

It is further **ORDERED AND ADJUDGED** that the plaintiff shall receive post-judgment interest on the total amount of $30,000.00 from defendant Capital Advance Solutions, LLC., at the rate of 0.62% until paid.

SIGNED on this 8th day of April, 2016.

_____

Kenneth M. Hoyt
United States District Judge

1 / 1